

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00339-CV

---

In re Boss Lady Pub & Maria Elena Olvera

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

Relators, Boss Lady Pub and Maria Elena Olvera, filed a petition for writ of mandamus on December 31, 2025, asking this Court to order the "trial court to allow and proceed on" a bill of exception.

A relator seeking mandamus relief must establish that the trial court failed to perform a ministerial duty or committed a clear abuse of discretion and that the relator lacks an adequate remedy by way of appeal. *See In re UpCurve Energy Parters, LLC*, 632 S.W.3d 254, 256 (Tex. App.—El Paso 2021, orig. proceeding); *In re Phillips*, 496 S.W.3d 769, 774 (Tex. 2016); *In re Nationwide Ins. Co. of Am.*, 494 S.W.3d 708, 712 (Tex. 2016) (orig. proceeding). After consideration, the Court has determined that Relators have not shown that they are entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied.

LISA J. SOTO, Justice

March 13, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.